

MICHAEL P. LOWRY, ESQ.
Nevada Bar No. 10666
E-mail: Michael.Lowry@wilsonelser.com
JONATHAN C. PATTILLO, ESQ.
Nevada Bar No. 13929
E-mail: Jonathan.Pattillo@wilsonelser.com
6689 Las Vegas Boulevard South, Suite 200
Las Vegas, NV 89119
Tel: 702.727.1400/Fax: 702.727.1401
Attorneys for Cardenas Markets, LLC

## DISTRICT COURT

## CLARK COUNTY, NEVADA

| | |
|---|---|
| Ramona G. Torres | Case No.: 2:24-cv-1032 |
| Plaintiff, | |
| vs. | **Order Granting Stipulation to Dismiss Entire Case With Prejudice** |
| Cardenas Markets LLC, a Foreign Limited-Liability Company; Does I-X; and Roe Corporations I-X, inclusive | |
| Defendant. | |

COME NOW, the undersigned parties of record stipulate to dismiss Plaintiff's entire complaint, and all pending causes of action with prejudice; each party to bear their own fees and costs.

/ / /

/ / /

316171085v.1

*Case No.: 2:24-cv-1032*
*Ramona Torres v. Cardenas Markets LLC*

**IT IS SO STIPULATED.**



**BENSON ALLRED**

*/s/ Joshua Benson*
Joshua Benson
Nevada Bar No. 10514
Stephen Clough
Nevada Bar No. 10549

*/s/ Jonathan C. Pattillo*
Michael P. Lowry, Esq.
Nevada Bar No. 10666
Jonathan C. Pattillo, Esq.
Nevada Bar No. 13929
*Attorneys for Cardenas Markets, LLC*

Based on the stipulation of the parties, and with good cause appearing,

**IT IS HEREBY ORDERED** that all causes of action in this case are dismissed with prejudice.

**IT IS FURTHER ORDERED** that the Objection to Magistrate Judge Order, (ECF No. 26), filed by Defendant Cardenas Markets, LLC, and the Objection to Magistrate Judge Order, (ECF No. 34), filed by Plaintiff Ramona Torres, are **DENIED** as **MOOT**.

The Clerk of Court is kindly directed to close this case.

**DATED** this __20__ day of January, 2026.

Gloria M. Navarro, District Judge
United States District Court

-2-

316171085v.1